UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VIS, | No. 2:20-cv-0987 JAM DB P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| STEVENSON, et al., | |
| Defendants. | |

Plaintiff is a civil detainee proceeding pro se with a civil rights action under 42 U.S.C. § 1983. In an order filed June 25, 2020, this court dismissed plaintiff's complaint with leave to amend. (ECF No. 4.) Plaintiff was informed that if he failed to file an amended complaint within sixty days, this court might recommend dismissal of this action. In an order filed September 2, and served on plaintiff on September 16, plaintiff was given an extension of the deadline.[1] (ECF No. 14.) Pursuant to that order, plaintiff's amended complaint was due for filing on October 16.

---

[1] There was some confusion initially about plaintiff's status as either a prisoner or a civil detainee. Plaintiff was originally ordered to pay the filing fee through deductions to his inmate trust account. A family member of plaintiff's later paid the filing fee in full. When it became clear plaintiff was a civil detainee, this court ordered the return of the filing fee. (See Sept. 2, 2020 Order (ECF No. 14).) On September 11, 2020, prior to service of the September 2 order on plaintiff, plaintiff sought to dismiss this action because he did not wish to pay the filing fee. (ECF No. 15.) Because the filing fee was returned to his family member and because, for the reasons stated in this order, plaintiff's complaint should be dismissed for failure to act, this court finds plaintiff's September 11 filing moot.

1 | The date for filing an amended complaint has passed and plaintiff has not filed an amended complaint or otherwise responded to the court's orders.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to dismiss (ECF No. 15) be denied as moot; and

IT IS RECOMMENDED that this action be dismissed for plaintiff's failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 12, 2020

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/vis0987.dism fta