UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTOPHER VIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVENSON, et al.,<br><br>　　　　Defendants. | No.  2:20-cv-0987 JAM DB P<br><br><br>ORDER |

　　　　Plaintiff filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On November 12, 2020, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days.  Plaintiff has not filed objections to the findings and recommendations.  In addition, two orders from this court were served on plaintiff at the address he provided, but were returned as undeliverable.  Plaintiff has an obligation to provide the court with his current address.  See E.D. Cal. R. 183(b).

　　　　The court notes that the magistrate judge ordered return of the filing fee submitted on plaintiff's behalf by Kyong Vis.  A mailing with a check in the amount of that fee was returned as

////

undeliverable. On January 7, 2021, Kyong Vis filed a request for return of the filing fee with a new address. On January 12, a check was mailed to Kyong Vis at the new address. The Clerk of the Court has received confirmation from Kyong Vis that the check was received.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 12, 2020 are adopted in full;

2. This action is dismissed for plaintiff's failure to comply with court orders. See E.D. Cal. R. 110; Fed. R. Civ. P. 41; and

3. The court further finds dismissal appropriate for plaintiff's failure to provide the court with an updated address. See E.D. Cal. R. 183(b).

DATED: March 1, 2021          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

2